550 A.2d 197

**Olimpia FETFATZES and J & M Dogs, Inc., Appellants,**

v.

**CITY OF PHILADELPHIA and its Department of Licenses & Inspections.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1988.

Decided Nov. 14, 1988.

Jerome R. Balka, Philadelphia, for appellants.

Flora Barth Wolf, Philadelphia, for appellees.

Alan C. Kessler, Joy J. Bernstein, Philadelphia, for amicus—The Public Right-Of-Way Assoc., et al.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.